IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN, DIVISION

| | | |
|---|---|---|
| DAVID BRIDGE,<br>  Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. 4:23-cv-547 |
| WOPAC CONSTRUCTION, INC.<br>  Defendant. | §<br>§ | |

## DEFENDANT'S NOTICE OF RULE 26 (a)(1) INITIAL DISCLOSURES

Please take notice that Defendant, Wopac Construction, Inc., has served the Defendant's Rule 26(a)(1) Initial Disclosures on Plaintiff, David Bridge.

Service of Defendant's Rule 26(a)(1) Initial Disclosures on Plaintiff was made via email to Plaintiff's attorney of record, on the 30th day of November, 2023.

Respectfully submitted,

/s/ Michael C. Wynne

**MICHAEL C. WYNNE**
ATTORNEY IN CHARGE
State Bar No. 22110800

**WYNNE, SMITH & YOUNG, PLLC**
707 W. Washington Street
P.O. Box 2228
Sherman, Texas 75090
903.893.8177 (T)
903.892.0916 (F)
mwynne@wynnesmithlaw.com

ATTORNEYS FOR DEFENDANT
WOPAC CONSTRUCTION, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon all parties, by electronic filing, on this 30th day of November, 2023.

/s/ Michael C. Wynne
_____