IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **DAVID BRIDGE,** § | |
| § | |
| **Plaintiff,** § | |
| v. § | |
| § | Case No. 4:23-cv-547-KPJ-ALM |
| **WOPAC CONSTRUCTION, INC.** § | |
| § | |
| **Defendant.** § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff David Bridge ("Plaintiff") and Defendant Wopac Construction, Inc. ("Defendant") (collectively "the Parties") stipulate and agree that as Plaintiff no longer desires to pursue his claims against Defendant, any and all allegations, claims, and defenses asserted by and between them in the above-styled and numbered action should be dismissed with prejudice pursuant to FED. R. CIV. P. 41(a)(1)(ii) and each party shall bear their own fees and costs.

WHEREFORE, Plaintiff and Defendant respectfully request the Court enter an order dismissing with prejudice any and all claims asserted by and between Plaintiff and Defendant in this action with each party bearing their own attorney's fees and costs.

        Respectfully Submitted,

By: /s/ *Douglas B. Welmaker*
Douglas B. Welmaker
Texas State Bar No. 00788641
Attorney-in-Charge
Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview Texas 75601
(512) 799-2048 (Direct)
doug@welmakerlaw.com

**ATTORNEY FOR PLAINTIFF**

By: /s/ *Michael C. Wynne*
MICHAEL C. WYNNE
ATTORNEY IN CHARGE
State Bar No. 22110800
WYNNE, SMITH & YOUNG, PLLC
707 W. Washington Street P.O. Box 2228
Sherman, Texas 75090 903.893.8177 (T)
903.892.0916 (F)
mwynne@wynnesmithlaw.com

ATTORNEYS FOR DEFENDANT
WOPAC CONSTRUCTION, INC.

## CERTIFICATE OF SERVICE

On February 8, 2024, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

        */s/ Douglas B. Welmaker*
        Douglas B. Welmaker