IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **DAVID BRIDGE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| **v.** | § | |
| | § | Case No.  4:23-cv-547-KPJ-ALM |
| **WOPAC CONSTRUCTION, INC.** | § | |
| | § | |
| **Defendant.** | § | |

### ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Before the Court is the Parties' Joint Motion to Dismiss this matter with prejudice.  Having considered the same, and the evidence and argument presented, if any, it is the opinion of this Honorable Court that said Motion should be in all things granted.

Accordingly, it is hereby ORDERED that Plaintiff's lawsuit against Defendant is hereby DISMISSED WITH PREJUDICE.